1 | Samuel R. Watkins, Esq. (State Bar No. 272162)
swatkins@tocounsel.com
2 | THEODORA ORINGHER MILLER & RICHMAN PC
3 | 10880 Wilshire Boulevard, Suite 1700
Los Angeles, California 90024-4101
4 | Telephone: (310) 557-2009
Facsimile: (310) 551-0283
5 |
6 | Attorneys for Dr. Farzin Feizbakhsh
7 |

8 | **UNITED STATES DISTRICT COURT**
9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | DR. FARZIN FEIZBAKHSH, an
individual doing business as DR.
11 | MICHAEL FEIZ,
12 |
13 |                 Plaintiff,
14 |        vs.
15 | SHAHRAM SALIMITARI, an
individual; HOOMAN SHABATIAN,
16 | an individual; ADRIEN AIACHE, an
individual; and DOES ONE through
17 | TEN, inclusive,
18 |
19 |                 Defendants.

**CV11-02413** JFW(PLAx)

**COMPLAINT AND JURY
DEMAND FOR:**

**(I)    LANHAM ACT – § 43(a) (15
U.S.C. § 1125(a));
(II)    STATUTORY UNFAIR
COMPETITION (CAL. BUS. &
PROF. CODE § 17200 et seq.);
(III)    STATUTORY FALSE
ADVERTISING (CAL. BUS. &
PROF. CODE § 17500 et seq.).**

20 |
21 |        Plaintiff DR. FARZIN FEIZBAKHSH, doing business as Dr. Michael Feiz ("Dr.
22 | Feiz"), for his Complaint herein against SHAHRAM SALIMITARI ("Salimitari"),
23 | HOOMAN SHABATIAN ("Shabatian"), ADRIEN AIACHE ("Aiache"), and DOES
24 | ONE through TEN, inclusive (collectively, "Defendants"), alleges as follows:
25 |
26 |                 **NATURE OF THE ACTION**
27 |        1.    This is an action for: (i) false designation of origin, false or misleading
28 | description of fact, or false misleading representation of fact in violation of Section
43(a) of the Lanham Act, 15 U.S.C. § 1125(a); (ii) unfair competition in violation of

837421.1/02676.99001

1

*COMPLAINT*

1  Cal. Bus. & Prof. Code §§ 17200 *et seq.*; and (iii) false advertising in violation of Cal.

2  Bus. & Prof. Code §§ 17500 *et seq.*

3  **JURISDICTION AND VENUE**

4      2.    This Court has jurisdiction pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C.

5  §§ 1331 and 1338(a) in that this case arises under the laws of the United States pursuant

6  to the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*

7      3.    This Court has supplemental jurisdiction over the claims herein arising

8  under the laws of the State of California pursuant to 28 U.S.C. §§ 1338(b) and 1367 in

9  that said claims are so related to Plaintiff's federal claims that they form part of the

10  same case or controversy under Article III of the United States Constitution.

11      4.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) in that a

12  substantial part of the events or omissions giving rise to the claims herein occurred in

13  this judicial district.

14  **PARTIES**

15      5.    Dr. Feiz is an individual residing in California with a principal place of

16  business at 435 N. Roxbury Drive, Suite 100, Beverly Hills, CA 90210.  Dr. Feiz is

17  now, and for approximately eleven years has been, engaged in the business of providing

18  surgical services in the greater Los Angeles area under the trade name "Dr. Feiz."

19      6.    Upon information and belief, Salimitari is an individual residing in

20  California with a principal place of business at 18425 Burbank Blvd., Suite 105,

21  Tarzana, CA 91356.  Upon information and belief, Salimitari does business under the

22  name Lap-Band VIP, among other fictitious business names.

23      7.    Upon information and belief, Shabatian is an individual residing in

24  California with a principal place of business at 18425 Burbank Blvd., Suite 105,

25  Tarzana, CA 91356.  Upon information and belief, Shabatian does business under the

26  name Lap-Band VIP, among other fictitious business names.

27      8.    Upon information and belief, Aiache is an individual residing in California

28  with a principal place of business at 9884 Santa Monica Blvd., Suite 102, Beverly Hills,

*THEODORA ORINGHER MILLER & RICHMAN PC*

2
*COMPLAINT*

1  CA 90212.  Upon information and belief, Aiache does business under the name Lap-

2  Band VIP, among other fictitious business names.

3      9.    DOES 1 to 10 are presently unidentified entities who may be liable under

4  one or more of the claims in the matter complained of herein.  Plaintiff does not know

5  the true names and capacities of the Defendants sued herein as Does One through Ten,

6  inclusive, and therefore sues these Defendants by fictitious names.  Does One through

7  Ten conspired with Salimitari, Shabatian, and Aiache to unlawfully trade on Plaintiff's

8  trade names and associated goodwill.  Plaintiff will amend this Complaint to allege the

9  true names and capacities of these Defendants when he ascertains the same.

10  **INTRODUCTION**

11      10.    For the past six years, Plaintiff has engaged in the business of providing

12  gastric, bariatric and other laparoscopic surgical procedures in the greater Los Angeles

13  area under the trade name "Dr. Feiz."  Dr. Feiz is recognized by his peers and the

14  consuming public as a pioneer in the field of Laparoscopic Adjustable Gastric Band and

15  Sleeve Gastrectomy surgeries (collectively, "Bariatric Surgeries").  Bariatric Surgeries

16  are among the most frequently performed types of weight loss surgery in the United

17  States, including the greater Los Angeles area.  These surgical procedures utilize

18  medical implants – most notably the LAP BAND®, as well as stapled procedures to

19  help patients achieve and maintain a healthier weight by restricting meal portion sizes

20  and reducing hunger sensations.

21      11.    As a result of his education, training, and years of dedicated service to his

22  patients, Dr. Feiz has developed a well-earned reputation as one of the most respected,

23  widely-recognized, and sought-after Bariatric Surgeons in Southern California.  For at

24  least the past six years, Plaintiff has used the trade name "Dr. Feiz" to designate the

25  high quality Bariatric Surgery services he provides.

26      12.    Dr. Feiz has been heard on numerous radio stations in the greater Los

27  Angeles area, including KHHT and KIIS, on the subject of Bariatric Surgery.  Dr. Feiz

28  has been featured in Newsweek Magazine and on the Newsweek website as one of the

*THEODORA ORINGHER MILLER & RICHMAN PC*

3

*COMPLAINT*

1  "Best Bariatric Surgeons in Los Angeles." Dr. Feiz maintains a presence on YouTube,

2  Facebook, and various Internet blog sites dedicated to the discussion of Bariatric

3  Surgery issues of concern to consumers.

4        13.    Dr. Feiz extensively advertises and promotes his services using the trade

5  name "Dr. Feiz" throughout the traditional and new media, including the Internet.

6  Since approximately 2006, Dr. Feiz has maintained a website at www.drfeiz.com that

7  he uses to attract potential consumers for his Bariatric Surgery services throughout

8  Southern California and the United States.

9        14.    Over the past six years, Dr. Feiz has built a strong following in California

10  and other states and has become famous for his Bariatric Surgery services. As a result,

11  the "Dr. Feiz" trade name has acquired secondary meaning as the designation of source

12  or origin of the high quality and valuable Bariatric Surgery services that Dr. Feiz

13  provides.

14        15.    More than two years ago, Dr. Feiz began to "bid" for the right to use

15  Google® Adwords® in his promotional activities. Google® Adwords® are special

16  search terms, *i.e.*, keyword triggers, that, when typed into the search field by a user of

17  the Google® Internet search engine, will cause the winning bidder's paid advertisement

18  and website link to be displayed on the user's computer screen in addition to, but in a

19  more prominent position than, the routine search results associated with those keyword

20  triggers.

21        16.    Dr. Feiz has never sought to purchase the right to use his own trade name,

22  "Dr. Feiz," as Google® Adwords®, but had he done so, he would have been able to

23  have his paid advertisement for his Bariatric Surgery services prominently featured on

24  the computer screen of any consumer who had used the Google® Internet search engine

25  to search the term "Dr. Feiz."

26        17.    To illustrate this form of advertising, a Google® search for the generic

27  term "golf clubs" triggers the prominent, *i.e.*, top-line, display of a paid advertisement

28  by Global Value Commerce, Inc., doing business as Global Golf. The ad consists of

*Theodora Oringher Miller & Richman PC*

1     the words: "Golf Clubs Super-Sale – Huge Selection of Name Brand Golf Clubs."

2        18.    These advertising words are followed by an Internet link redirecting the

3 viewer to Global Golf's website.  A true and correct copy of a screenshot of this

4 Google® Adwords® example is attached hereto as Exhibit A.  As this example shows,

5 the winning bidder for any particular Google® Adwords® is in a position to redirect

6 enormous volumes of Internet traffic to its website based on an individual user's

7 personal interest in the search terms used, *i.e.*, the Google® Adwords® themselves.

8        19.    Even though Dr. Feiz has never purchased the right to use the term "Dr.

9 Feiz" as Google® Adwords®, others who seek to trade on and profit unfairly from the

10 "Dr. Feiz" trade name have.  Plaintiff is informed and believes that Defendants have

11 purchased the right from Google, Inc. to use "Dr. Feiz" as Google® Adwords® to

12 trigger the prominent, *i.e.*, top-line, placement of a paid advertisement for their

13 Bariatric Surgery services in the greater Los Angeles area.

14        20.    Defendants operate a website on the Internet located at:

15 www.lapbandvip.com ("Defendants' Website") to advertise their Bariatric Surgery

16 services.  Defendants' Website advertises for, and Defendants provide, Bariatric

17 Surgery services that are directly in competition with Dr. Feiz in the same marketplace.

18 In or about February 2011, Dr. Feiz discovered Defendants' use of the "Dr. Feiz" trade

19 name as Google® Adwords® in order to redirect potential customers away from

20 Plaintiff's website and to Defendants' Website.

21        21.    Attached hereto as Exhibit B is a true and correct copy of a screenshot

22 reflecting the results of entering the term "Dr. Feiz" into the Google® Internet search

23 engine.  As Exhibit B shows, a Google® search of the term "Dr. Feiz" results in the

24 top-line display of a paid advertisement that employs the following words: "LAP

25 BAND Surgery in SoCal – Highest Rated LAP BAND Surgeon!  Before and after pics,

26 testimonials."  These words are followed by the address for Defendants' Website at

27 www.lapbandvip.com/Weight-Loss-Surgery.  Nowhere in this paid advertisement is

28 there a disclaimer informing consumers that Defendants and their website are not

*THEODORA ORINGHER MILLER & RICHMAN PC*

1   associated with Dr. Feiz, or that Defendants are not a source or origin of the high

2   quality and valuable Bariatric Surgery services provided by Dr. Feiz.

3       22.    As shown in Exhibit B, when consumers enter the term "Dr. Feiz" into the

4   Google® Internet search engine, they are presented with a paid advertisement that

5   accurately describes, and is consistent with the reputation of, Dr. Feiz, *i.e.*, "Lap Band

6   Surgery in SoCal – Highest Rated LAP BAND Surgeon!"  Because this paid

7   advertisement accurately describes the reputation enjoyed by Dr. Feiz among the

8   consuming public, when consumers click on the link to Defendants' Website contained

9   in this paid advertisement, they intend to be, and believe they will be, redirected to a

10   website at which they may pursue Bariatric Surgery services provided by Dr. Feiz.

11       23.    Consumers, however, are not so redirected, but are redirected instead to

12   Defendants' Website. Nowhere on Defendants' Website, however, is there a disclaimer

13   informing consumers that Defendants and their website are not associated with Dr.

14   Feiz, or that Defendants are not a source or origin of the high quality and valuable

15   Bariatric Surgery services provided by Dr. Feiz.

16       24.    Defendants' use of the "Dr. Feiz" trade name in this manner creates the

17   false impression with consumers that Defendants are associated with Dr. Feiz in order

18   to induce their business or cause initial interest confusion.  Upon information and

19   belief, Defendants are profiting from the use of the "Dr. Feiz" trade name as Google®

20   Adwords® by diverting customers away from Dr. Feiz and to themselves.

21       25.    Attached hereto as Exhibits C, D, and E are true and correct copies of

22   screenshots reflecting the results of typing "Dr. Salimitari," "Dr. Shabatian," and "Dr.

23   Aiache," respectively, into the Google® Internet search engine.  As each of these

24   exhibits shows, there is no paid advertisement for Bariatric Surgery services that results

25   from the Google® Internet search of any of Defendants' names. Defendants have not

26   purchased Google® Adwords® using their own names, but have elected instead to

27   unfairly trade on the much greater value and goodwill inherent in the "Dr. Feiz" trade

28   name to drive consumers to their website and away from Dr. Feiz's website.

*THEODORA ORINGHER MILLER & RICHMAN PC*

26.     Defendants' failure to even use their own names as Google® Adwords®, while deliberately using the "Dr. Feiz" trade name as Google® Adwords®, demonstrates their bad faith, intent to confuse consumers as to the source and origin of the Bariatric Surgery services provided by Dr. Feiz, and thus to profit at Plaintiff's expense.

27.     Dr. Feiz has devoted substantial time, effort, and resources in the establishment of the goodwill, consumer recognition, and reputation of himself and his trade names, including spending thousands of hours building and developing his name in the greater Los Angeles community over the past eleven years.

28.     Dr. Feiz has also expended significant resources to advertise his trade names and services throughout Southern California and the United States in multiple media including, but not limited to, Internet, television, radio, and print advertisements.

29.     Dr. Feiz has not abandoned the use of his trade names to offer services, and continues to use them to date.

## FIRST CLAIM

### False Designation of Origin, False or Misleading Description of Fact, or False or Misleading Representation of Fact Under 15 U.S.C. § 1125(a)

30.     Plaintiff re-alleges each and every allegation contained in paragraphs 1 through 29 as though set forth in full herein.

31.     The acts of Defendants alleged herein constitute the use in interstate commerce of a word, term, name, symbol, or device, or any combination thereof, and false designation of origin, and a false or misleading description and representation of fact, in connection with the sale, or offering for sale, of services in violation of section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

32.     The acts of Defendants are likely to cause consumers to be confused, mistaken, or deceived into believing that Defendants are associated with Dr. Feiz, and/or are the source or origin of the high quality and valuable Bariatric Surgery services provided by Dr. Feiz, when they are not.

*THEODORA ORINGHER MILLER & RICHMAN PC*

33.     Defendants' acts entitle Plaintiff to his lost profits, as well as Defendants' profits derived from their past unlawful conduct, trebled, to the full extent provided under Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a).

34.     Defendants' use of the "Dr. Feiz" trade name was willful, intentional, fraudulent, and done in bad faith, making this an exceptional case entitling Plaintiff to recover his attorneys' fees under Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a).

35.     Plaintiff has no adequate remedy at law for the foregoing wrongful conduct. Plaintiff has been, and absent injunctive relief will continue to be, irreparably harmed by Defendants' actions.

## SECOND CLAIM FOR RELIEF

### Unfair Business Practices under California Business and Professions Code §§ 17200 *et seq.*

36.     Plaintiff re-alleges each and every allegation contained in paragraphs 1 through 35 as though set forth in full herein.

37.     Defendants committed the acts alleged herein with the intent to cause consumers to be confused, mistaken, or deceived as to the source and origin of the Bariatric Surgery services displayed on Defendants' Website, and to palm off their Bariatric Surgery services as those of Plaintiff.

38.     Defendants' acts entitle Plaintiff to general and special damages for all of Defendants' profits derived from their past unlawful conduct to the full extent provided for by Cal. Bus. & Prof. Code §§ 17200 *et seq.*

39.     Defendants' use of the "Dr. Feiz" trade name was willful, intentional, fraudulent, and done in bad faith with the intent and design to injure Plaintiff's interests, and thus Plaintiff is entitled to punitive damages pursuant to Cal. Civ. Code. § 3294(c).

40.     Plaintiff has no adequate remedy at law for the foregoing wrongful conduct. Plaintiff has been, and absent injunctive relief will continue to be, irreparably harmed by Defendants' actions.

*THEODORA ORINGHER MILLER & RICHMAN PC*

THEODORA ORINGHER MILLER & RICHMAN PC

### THIRD CLAIM FOR RELIEF

**False Advertising Pursuant to California Business and Professions Code**
**§§ 17500 *et seq.***

41.    Plaintiff re-alleges each and every allegation contained in paragraphs 1 through 40 as though set forth in full herein.

42.    By using the "Dr. Feiz" trade name as a keyword trigger to attract consumers to their advertisements, Defendants have falsely advertised Bariatric Surgery services in the United States, including California.

43.    Defendants' use of the "Dr. Feiz" trade name is a false designation of origin, and a false or misleading description and representation of fact, which is likely to cause consumers to be confused, mistaken, or deceived as to the origin, affiliation, sponsorship, or approval by or with Dr. Feiz of the Bariatric Surgery services advertised by Defendants on Defendants' website.

44.    Defendants' acts entitle Plaintiff to general and special damages for all of Defendants' profits derived from their past unlawful conduct to the full extent provided for by Cal. Bus. & Prof. Code §§ 17500 *et seq.*

45.    Defendants' use of the "Dr. Feiz" trade name was willful, intentional, fraudulent, and done in bad faith with the intent and design to injure Plaintiff's interests, and thus Plaintiff is entitled to punitive damages pursuant to Cal. Civ. Code § 3294(c).

46.    Plaintiff has no adequate remedy at law for the foregoing wrongful conduct. Plaintiff has been, and absent injunctive relief will continue to be, irreparably harmed by Defendants' actions.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

For a permanent injunction ordering Defendants, their agents, servants, employees, attorneys, and all persons in active concert or participation with Defendants

1   to refrain from using the "Dr. Feiz" trade name or any other mark or name identical to

2   or substantially similar to the "Dr. Feiz" trade name, describing their services as being

3   associated with Dr. Feiz or anything substantially similar thereto, or diluting or injuring

4   the reputation of Dr. Feiz and/or the "Dr. Feiz" trade name;

5          For treble Defendants' profits and Plaintiff's lost profits in an amount to be

6   determined in court, as well as costs and attorneys' fees pursuant to 15 U.S.C. 1117(b);

7          For general and special damages to the full extent provided for by Cal. Bus. &

8   Prof. Code §§ 17200 *et seq.* and §§ 17500 *et seq.*

9          For punitive damages pursuant to Cal. Civ. Code. § 3294(c).

10          For such other and further relief as this Court deems just and proper.

11                     **DEMAND FOR A JURY TRIAL**

12          Pursuant to F.R.C.P. 38(b), Plaintiff hereby demands a trial by jury in this action

13   of any issues triable by jury.

14   DATED: March _21_, 2011       Respectfully submitted,

15                                THEODORA ORINGHER MILLER & RICHMAN PC

16

17                                By:

18                                Samuel R. Watkins
                                  Attorneys for Plaintiff

19

20

21

22

23

24

25

26

27

28

*THEODORA ORINGHER MILLER & RICHMAN PC*

# EXHIBIT  A

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▾                                    Sign in

# Google

| golf clubs                    ✕   Search |

About 33,500,000 results (0.18 seconds)          Advanced search

**Everything**

Images

Videos

News

Shopping

Places

More

**Los Angeles, CA**
Change location

**Any time**
Latest
Past 24 hours
Past 2 days
Past week
Past month
Past year
Custom range...

**All results**
Sites with images
Wonder wheel
Related searches

More search tools

Something different
golf equipment
putters
racquets
golf bags
iron sets

**Golf Clubs** Super Sale - Huge Selection Of                                   Ad
Name Brand **Golf Clubs**.
Save Up To 70%
www.globalgolf.com

| Cleveland HB3 Iron Set Used **Golf Clubs** | $454.99 |
| Callaway X Junior Series 5-8 Years Old | $199.99 |
| Club ... | |
| Callaway X Girls Junior Series 5-8 Years | $199.99 |
| Old ... | |

Related searches for **golf clubs**
Brands:  PING   TaylorMade   Nike   Callaway
Cleveland
Stores:  TGW   Roger Dunn   Rockbottom Golf
Dick's Sporting Goods   Golfsmith
Types:  junior   hybrid   women's   clone   ladies

### TGW.com - The Golf Warehouse - The Premier
### Online Golf Superstore
TGW.com - The Golf Warehouse - **golf clubs**, drivers, irons,
golf balls,golf bags, golf shoes, golf apparel, and golf
equipment - Largest Selection of Golf ...
www.tgw.com/ - Similar

### Worldwide Golf Shops - Golf Clubs, Golf Balls,
### Golf Accessories ...
Top Name Brand **Golf** Equipment at the Lowest Prices.
Roger Dunn **Golf** Shops North Hollywood & Newbury Park
Grand Openings · New Cleveland 2011 Producccts - In ...
www.worldwidegolfshops.com/ - Cached - Similar

### Discount Golf Clubs | New Golf Clubs | Golf
### Equipment from ...
Largest selection of discount **golf clubs** and golf equipment
with the lowest prices on golf gear anywhere.
Iron Sets - Drivers - Putters - Fairway Woods
www.rockbottomgolf.com/ - Cached - Similar

### Places for golf clubs near Los Angeles, CA

Los Angeles Country Club   - 5 reviews - Place page
www.thelacc.org - 10101 Wilshire Boulevard, Los
Angeles - (310) 276-6104

Rancho Park Golf Course   - ★★★★★ 59 reviews -
Place page
maps.google.com - United States - (310) 838-7373

Roosevelt Golf Course   - ★★★★★ 20 reviews -
Place page
rooseveltgolfclub.com - 2650 N. Vermont Ave, Los
Angeles - (323) 665-2011

Bel-Air Country Club   - 9 reviews - Place page
www.bel-aircc.org - 10768 Bellagio Road, Los Angeles -
(310) 472-9563



©2011 Google - Map data ©2011 Google

Ads

### TaylorMade Official Store
Shop TaylorMade & Get Free
Shipping on Your Order Today!
taylormadegolf.com

### Cheap TaylorMade Clubs
Buy TaylorMade **Clubs** at Close Out
Prices at Hurricane Golf Today.
hurricanegolf.com is rated ★★★★★
www.hurricanegolf.com

### Shop GolfClubs.com & Save
No CA Sales Tax - Save an Extra 9%!
And Every **Club** Ships Free Every Day
California
www.golfclubs.com

### Affordable Golf Clubs
Want to Save Big On **Golf** Equipment?
We Got the Best Price on the Web
www.clickandsavegolf.com

### Discount Golf Clubs
Save up to 70% in our Huge Sale!
Drivers - $24.99, Putters - $14.99
golfoutletsusa.com is rated ★★★★★
www.golfoutletsusa.com/golf-clubs

### Callaway Golf Pre-Owned
Official Callaway Pre-Owned Site.
Low Prices and Money-Back Guarantee
This advertiser is rated ★★★★★

# EXHIBIT B



Web    Images    Videos    Maps    News    Shopping    Gmail    more ▾          Sign in

# Google

| dr. feiz                                      ✕ | Search |

Instant is on ▾

About 41,200,000 results (0.06 seconds)          Advanced search

**Everything**

Images

Videos

News

Shopping

Places

More

**Los Angeles, CA**
Change location

**All results**
Sites with images
More search tools

> ▶ LAP BAND Surgery in SoCal - Highest Rated      Ad
> LAP BAND Surgeon!
> Before & After Pics, Testimonials
> lapbandvip.com/Weight-Loss-Surgery

Lap Band Los Angeles | Lap Band Surgery
California | Weight Loss ...
Lap Band Surgery California and Weight Loss Surgery
California by **Dr. Michael Feiz**. If you are overweight and
other Weight Loss Treatments haven't worked, ...
Our Team - Lap Band / Realize Band - Sleeve Gastrectomy -
Weight Loss Surgery
www.**drfeiz**.com/ - Cached - Similar



©2011 Google          Map data ©2011 Google

Lap Band Surgeon: **Dr**. Michael **Feiz**
Place page

435 North Roxbury Drive, Suite 100
Beverly Hills, CA 90210
(310) 855-8058
Bus: Wilshire / Linden
Get directions - Is this accurate?

Open Weekdays 9am-5pm

✮✮✮✮✮ 7 reviews
▭ Watch videos about our business  Ads

Our Surgeons - **Dr**. Michael **Feiz**
**Dr**. **Feiz** received his Medical Degree from New York
Medical College, with ...
www.**drfeiz**.com/our-surgeons.html - Cached

Body Incisions - **Dr**. Michael **Feiz**
"When **doctor Feiz** operates you are left with only 3 lentil
size incision the ...
www.**drfeiz**.com/body-incisions.html - Cached
Show more results from drfeiz.com

**Dr**. **Feiz** LAP BAND Beverly Hills
✮✮✮✮✮ 11 reviews
Sep 1, 2010 ... "! I searched for months to find the right
**doctor** for my lap band surgery. Since I was self pay I
wanted to make sure that"
www.insiderpages.com/doctors/dr-feiz-lap-band-beverly-
hills-beverly-hills - Cached

Ads

**Dr. Feiz**
View Credentials, Malpractice, Bio,
Ratings, Reviews & Background Now!
www.lifescript.com/MD

See your ad here »

# EXHIBIT C

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▾                     Sign in

# Google

| Dr. Salimitari | ✕ | Search |   Instant is on ▾

About 2,630 results (0.15 seconds)                          Advanced search

**Everything**

Images

Videos

News

Shopping

More

**Los Angeles, CA**
Change location

Show search tools

▸ **Dr. Shahram Salimitari, MD - General Surgery -
Los Angeles, CA**
Dr. Shahram Salimitari, MD, Los Angeles, CA, General
Surgery. Get a FREE Background Report on **Dr**. Salimitari.
View ratings, complaints, credentials, ...
www.healthgrades.com › Find a Physician › Search Results

**Maps & Directions for Dr. Shahram Salimitari, MD
- General Surgery ...**
Maps and Directions for **Dr**. Shahram Salimitari - address,
phone, fax and ...
www.healthgrades.com › Find a Physician › Search Results -
Cached

**Patient Ratings for Dr. Shahram Salimitari, MD -
General Surgery ...**
Patient Ratings for **Dr**. Shahram Salimitari, MD, Los
Angeles, California, (CA ...
https://www.healthgrades.com/.../dr.../dr...salimitari.../patient
-ratings - Cached

Show more results from healthgrades.com

**Dr Shahram Salimitari**
getLapBandNow.com Lap Band Surgen,If you are severely
overweight and other programs have failed you,a qualified
**DR SHAHRAM SALIMITARI** LAP-BAND® System ...
www.getlapbandnow.com/shahram.html - Cached - Similar

**An AMAZING surgeon!!!! Dr. Salimitari rocks! -
LAP-BAND® Surgery ...**
Mar 11, 2011 ... I have absolutely NOTHING to gain by
posting this. I do not work for any surgeon or have any other
affiliation with his office.
www.lapbandtalk.com/.../126223-an-amazing-surgeon-**dr**-
**salimitari**-rocks/ - Cached

**LOS ANGELES HERNIA INSTITUTE**
Dr. Shahram Salimitari. Minimally surgery specialist in
obesity surgery and Lap-Band. **Dr**. Salimitari has performed
thousands of operations and currently has ...
lahernia.com/ - Similar

**Dr. Peyman Salimi-Tari, Internist - Doctor MD in
Jacksonville, FL ...**
★★★★★ 1 review
Dr. Peyman Salimi-Tari, MD (Internist in Jacksonville, FL) -
Quality Indicators, Special Expertise, Reviews and more on
**Doctor Salimi-Tari**.
www.vitals.com › Doctors A to Z › S - Cached

**Minimally Invasive Surgical Centers | Bariatric
Weight Loss Surgery**
**Dr**. Salimitari undertook his General Surgery residency at
Mount Sinai Hospital in Chicago and continued his training
with a fellowship in minimally invasive ...
yourlapband.com/minimally-invasive-surgical-centers -
Cached - Similar

# EXHIBIT D



Web   Images   Videos   Maps   News   Shopping   Gmail   more ▾                    Sign in

# Google

| Dr. Shabatian | ✕ | Search |

Instant is on ▾

About 25,500 results (0.19 seconds)          Advanced search

**Everything**

Images

Videos

News

Shopping

More

**Los Angeles, CA**
Change location

Show search tools

▶ **Dr. Babak Shabatian, MD - Ophthalmology - Los Angeles, CA**
Dr. Babak Shabatian, MD, Los Angeles, CA, Ophthalmology. Get a FREE Background Report on Dr. Shabatian. View ratings, complaints, credentials, and detailed ...
www.healthgrades.com › Find a Physician › Search Results

**Malpractice & Sanctions Information for Dr. Babak Shabatian ...**
Background information for Dr. Babak Shabatian - malpractice, medical ...
www.healthgrades.com › Find a Physician › Search Results
   Show more results from healthgrades.com

**Dr. Hooman Shabatian, LAP-BAND | Bariatric Weight Loss Surgery ...**
★★★★★ 5 reviews
Dr. Hooman Shabatian, MD, Rated 3.0 Stars by Patients, Affiliated with 4 Star Hospital, Quality Indicators and more on Dr. Shabatian.
   Show map of 19015 Town Center Dr, Apple Valley, CA 92308
www.vitals.com › ... › Surgical Specialists › CA › Apple Valley
- Cached - Similar

**Dr. Babak Shabatian, Ophthalmologist - Doctor MD in Los Angeles ...**
★★★★★ 2 reviews
Dr. Babak Shabatian, MD, Rated 3.0 Stars by Patients, Attended 4 Star ...
www.vitals.com › Doctors A to Z › S - Cached
   Show more results from vitals.com




⊙ **Dr. Babak Shabatian, MD**

Place page

11842 Darlington Avenue Los Angeles, CA 90049 - (516) 509-6895
1 review

**Minimally Invasive Surgical Centers | Bariatric Weight Loss Surgery**
Dr. Hooman Shabatian graduated with summa cum laude honors from UCLA and obtained his Master's and Medical degree from Chicago Medical School. ...
yourlapband.com/minimally-invasive-surgical-centers - Cached - Similar

**Dr. Babak Shabatian - 1 doctor reviews | RateMDs.com**
★★★★★ 1 review
Free doctor reviews and ratings for Dr. Babak Shabatian - 1 doctor reviews.


◄◄◄◄◄ ►nt - Cached

# EXHIBIT E

Web    Images    Videos    Maps    News    Shopping    Gmail    more ▾                                    Sign in

# Google

Dr. Aiache                                    ✕    Search        Instant is on ▾

About 16,900 results (0.18 seconds)                    Advanced search

Ads

**Dr. Aiache**
Read Patient Reviews & View Bio,
Background & More. Search Now!
www.lifescript.com/MD

See your ad here »

**Everything**

Images

Videos

News

Shopping

More

**Los Angeles, CA**
Change location

Show search tools

### **Aiache** Adrien E Md - Tarzana, CA, 91356 - Citysearch
☆☆☆☆☆ 3 reviews
Jul 21, 2009 ... In addition to "Plastic surgery" **Dr. Aiache** is
an expert on reconstructive surgery. I have the full use of my
left hand, Thanks to Dr. ...
losangeles.citysearch.com › Los Angeles - Cached - Similar

### Adrien **Aiache** MD | Beverly Hills Plastic Surgeon | **Dr. Adrien Aiache**
**Dr. Aiache** is dedicated to the best that plastic surgery can
offer the patient who chooses a cosmetic enhancement. He
is world renown for body implants and ...
www.beverlyhillsdr.net/dr-aiache/ - Cached - Similar

### Adrien **Aiache**, MD Beverly Hills Plastic Surgeon

Plastic Surgeon Dr. Adrien Aiache offers the latest in plastic
surgery ...
www.beverlyhillsdr.net/ - Cached
    Show more results from beverlyhillsdr.net

### **Dr.** Adrien E **Aiache**, MD - Plastic Surgery - Beverly Hills, CA
Dr. Adrien Aiache, MD, Beverly Hills, CA, Plastic Surgery.
Get a FREE Background Report on **Dr. Aiache**. View
ratings, complaints, credentials, and detailed ...
www.healthgrades.com › Find a Physician › Search Results

### Beverly Hills Plastic Surgeon **Dr. Aiache** - Breast Augmentation ...
**Dr. Aiache**, a Board-Certified Plastic/Reconstructive
Surgeon (at one time on staff at 18 different hospitals) has
racked up some 30 years experience ...
www.breastimplants411.com/dbii/Articles.asp?
article_ID=1247 - Cached

### About Us | LAP-BAND VIP
Dr. Adrien Aiache graduated from the Paul Sabatier Medical
School in Toulouse ... **Dr Aiache** has become world
renowned as a plastic surgeon, an instructor on ...
lapbandvip.com/about-us - Cached

### Plastic Surgeon Beverly Hills, Plastic Surgeons in Los Angeles ...
Dr Adrien **Aiache**,Plastic Surgeon in Los Angeles, Cosmetic
Surgeon in Beverly ... COM All Web site content (c) 2008 Dr.
Adrien **Aiache** and Internet Medical ...
www.laplasticsurgeon.com/draiache/external2.htm -
Cached - Similar

### Pictures by **Dr-Aiache** - Photobucket
**Dr-Aiache** Photobucket album. ... View **Dr-Aiache's** profile.
**Dr-Aiache's** album + Follow Following. 15 media ▾. 15
photos · View all View as slideshow ...
s718.photobucket.com/albums/ww190/Dr-Aiache/ - Cached

◄ G o o g l e ►

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

## CV11- 2413 JFW (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

═══════════════════════════════════════════════════════

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X]  Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ]  Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ]  Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| DR. FARZIN FEIZBAKHSH, an individual doing<br>business as DR. MICHAEL FEIZ,<br><br>_Plaintiff_<br>v.<br>SHAHRAM SALIMITARI, an individual; HOOMAN SHABATIAN,<br>an individual; ADRIEN AIACHE, an individual; and DOES ONE<br>through TEN, inclusive,<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)  **CV11- 02413** JFW (PLAX)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Shahram Salimitari, 11701 Texas Avenue, #311, Los Angeles, CA 90025
Hooman Shabatian, 11911 Mayfield Ave, Los Angeles, CA 90049
Adrien Aiache, 713 N Elm Drive, Beverly Hills, CA 90210-3422

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Samuel R. Watkins, Esq.
THEODORA ORINGHER MILLER & RICHMAN PC
10880 Wilshire Boulevard, Suite 1700
Los Angeles, California  90024-4101
Telephone: (310) 557-2009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____03/22/2011_____      _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| DR. FARZIN FEIZBAKHSH, an individual doing business as DR. MICHAEL FEIZ, | ) |
| *Plaintiff* | ) |
| v. | ) |
| SHAHRAM SALIMITARI, an individual; HOOMAN SHABATIAN, an individual; ADRIEN AIACHE, an individual; and DOES ONE through TEN, inclusive, | ) |
| *Defendant* | ) |

Civil Action No.

**CV11-02413**JFW(PLAx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shahram Salimitarl, 11701 Texas Avenue, #311, Los Angeles, CA 90025
Hooman Shabatian, 11911 Mayfield Ave, Los Angeles, CA 90049
Adrien Aiache, 713 N Elm Drive, Beverly Hills, CA 90210-3422

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Samuel R. Watkins, Esq.
THEODORA ORINGHER MILLER & RICHMAN PC
10880 Wilshire Boulevard, Suite 1700
Los Angeles, California  90024-4101
Telephone: (310) 557-2009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**SEAL**

**JULIE PRADO**

Date:  03/22/2011

*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
DR. FARZIN FEIZBAKHSH, an individual doing business as DR. MICHAEL FEIZ,

**DEFENDANTS**
SHAHRAM SALIMITARI, an individual; HOOMAN SHABATIAN, an individual; ADRIEN AIACHE, an individual; and DOES ONE through TEN, inclusive,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Samuel R. Watkins, THEODORA ORINGHER MILLER & RICHMAN PC, 10880 Wilshire Boulevard, Suite 1700, Los Angeles, CA, Telephone: (310) 557-2009

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT: $** To be proved at trial.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
False designation of origin and misleading representation of fact under federal Lanham Act, 15 U.S.C. Section 1125(a).

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☑ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

## CV11-02413

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    **CIVIL COVER SHEET**                    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| DR. FARZIN FEIZBAKHSH, Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SHAHRAM SALIMITARI, Los Angeles County<br>HOOMAN SHABATIAN, Los Angeles County<br>ADRIEN AIACHE, Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date _MARCH 21, 2011_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |