Robert B. Mobasseri, Esq. (Bar No. 193193)
robert@lawyer.com
LAW OFFICES OF ROBERT B. MOBASSERI, P.C.
445 S. Figueroa Street, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 612-7701
Facsimile: (213) 612-7781

Attorney for Defendants
DR. SHAHRAM SALIMITARI
DR. HOOMAN SHABATIAN
DR. ADRIEN AIACHE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. FARZIN FEIZBAKHSH et al.<br><br>Plaintiff,<br><br>v.<br><br>DR. SHAHRAM SALIMITARI et al.<br><br>Defendants. | Case No. CV11-02413 JFW (PLAx)<br><br>**ANSWER TO COMPLAINT**<br><br>Judge: Hon. John F. Walker |

COME NOW Defendants DR. SHAHRAM SALIMITARI, DR. HOOMAN SHABATIAN AND DR. ADRIEN AIACHE ("Defendants") in response to the Complaint of DR. FARZIN FEIZBAKHSH ("Plaintiff") on file herein, admit, deny, and allege as follows:

//

//

//

## GENERAL ALLEGATIONS

1. Answering paragraph 1 of Plaintiff's Complaint, Defendants admit all allegations set forth therein.

2. Answering paragraph 2 of Plaintiff's Complaint, Defendants admit all allegations therein.

3. Answering paragraph 3 of Plaintiff's Complaint, Defendants admit all allegations therein.

4. Answering paragraph 4 of Plaintiff's Complaint, Defendants admit all allegations therein.

5. Answering paragraphs 5, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19 of Plaintiff's Complaint, Defendants are without sufficient knowledge to admit or deny such allegation and therefore deny the same.

6. Answering paragraphs 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 31, 32, 33, 34, 35, 37, 38, 39, 40, 42, 43, 44, 45 and 46 of Plaintiff's Complaint, , Defendants deny all allegations therein.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiff's Complaint be dismissed, that Plaintiff take nothing by reason of his Complaint, that judgment be rendered in favor of Defendants;

2.    That Defendants be awarded its costs, expenses and attorney's fees incurred in defense in this action;

3.    For such other relief as the Court deems proper.

DATED: July 6, 2011

LAW OFFICES OF ROBERT MOBASSERI

_____
ROBERT MOBASSERI
Attorney for Defendants