Michael W. Goldring, Bar No. 142938
Travis R. Stokes, Bar No. 225122
FISHMAN, LARSEN, GOLDRING & ZEITLER
7112 North Fresno Street, Suite 450
Fresno, California 93720
(559) 256-5000 Phone
(559) 256-5005 Fax

Attorneys for: Defendant, ADRIEN AIACHE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARZIN FEIZBAKISH, an individual and dba MICHAEL FEIZ<br><br>Plaintiff,<br><br>v.<br><br>SHAHRAM SALIMITARI, an individual; HOOMAN SHABATIAN, an individual; ADRIEN AIACHE, an individual; and DOES 1-10<br><br>Defendants. | Case No.: 2:11-CV-02413-JFW-PLA<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br><br><br><br><br>Complaint Filed: March 22, 2011 |

**TO ALL PARTIES TO THIS ACTION AND THEIR ATTORNEYS OF RECORD:**

Defendant, ADRIEN AIACHE, currently represented in the foregoing proceeding by the law office of Robert B. Mobasseri, hereby associates the law office of Fishman, Larsen, Goldring & Zeitler as co-counsel in the above-entitled matter. Fishman, Larsen, Goldring & Zeitler is located at 7112 North Fresno Street, Suite 450, Fresno, California 93720. Their office number is (559) 256-5000 and fax number is (559) 256-5005.

///

///

- 1 -
NOTICE OF ASSOCIATION OF COUNSEL

1  Dated: September __, 2011		FISHMAN, LARSEN, GOLDRING & ZEITLER

				BY: _____
				Michael W. Goldring
				Travis R. Stokes
				Attorneys for ADRIEN AIACHE

Dated: September __, 2011		LAW OFFICES OF ROBERT B. MOBASSERI

				BY: _____
				Robert B. Mobasseri
				Attorneys for ADRIEN AIACHE

PROOF OF SERVICE
CCP §§ 1011, 1013, 1013a, 2015.5
FRCP 5(b)

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 7112 N. Fresno Street, Suite 450, Fresno, California 93720.

On **September 12, 2011**, I served the document described as **Notice of Association of Counsel** on the interested parties in this action ☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list: ☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

| Samuel Watkins, Esq.<br>Theodora Oringher PC<br>10880 Wilshire Boulevard Suite 1700<br>Los Angeles, CA 90024-4101 | Robert Mobasseri, Esq.<br>Robert B. Mobasseri Law Offices<br>445 South Figueroa Street, 27th Floor<br>Los Angeles, CA 90071 |
|---|---|

☒ BY MAIL   ☐ I deposited such envelope in the mail at Fresno, California. The envelope was mailed with postage thereon fully prepaid.

☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Fresno, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more that one-day after date of deposit for mailing in affidavit.

☐ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s) as shown above.

☐ (BY FAX) I caused the above- referenced document to be transmitted by fax to the addressee(s) at the fax number(s) shown.

☐ (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be given to a courier service for delivery to the addressee(s).

Executed on **September 12, 2011**, at Fresno, California.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*Faith Lisle*
Faith Lisle

1
**PROOF OF SERVICE**