JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. FARZIN FEIZBAKHSH, an individual doing business as DR. MICHAEL FEIZ,<br><br>Plaintiff,<br><br>vs.<br><br>SHAHRAM SALIMITARI, an individual; HOOMAN SHABATIAN, an individual; ADRIEN AIACHE, an individual; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. CV 11-02413 JFW (PLAx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS SHAHRAM SALIMITARI, HOOMAN SHABATIAN, AND ADRIEN AIACHE** |

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

Plaintiff Dr. Farzin Feizbakhsh ("Plaintiff") and Defendants Shahram Salimitari, Hooman Shabatian, and Adrien Aiache ("Defendants"), having settled this action on terms agreeable to all parties, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Defendants, and their agents, servants, attorneys and employees, and all persons in active concert or participation with them, are hereby permanently enjoined from using the terms "Feiz," "Dr. Feiz," "Doctor Feiz," and any other

1  terms that are confusingly similar to these terms or to Plaintiff's name in any
2  advertising media, including advertising via any website or other portal on the
3  Internet, including but not limited to Google.com and the Google Adwords program.
4       2.    The parties shall bear their own costs and attorneys' fees.

6  DATED:  December 22, 2011

8  _____
   HON. JOHN F. WALTER
9  United States District Court Judge

863100.1/22067.05003

2
CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS
SHAHRAM SALIMITARI, HOOMAN SHABATIAN, AND ADRIEN AIACHE